STATE of Missouri, Plaintiff/Respondent,

v.

Michael L. GREER, Defendant/Appellant.

No. 65220.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 28, 1995.

Motion for Rehearing and/or Transfer
to Supreme Court Denied May 2, 1995.

Charles M. Shaw, James Jay Knappenberger, Shaw, Howlett & Knappenberger, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant, Michael L. Greer, appeals from his judgments of conviction, after a jury trial, for assault in the first degree, armed criminal action, and assault in the second degree. He was sentenced to imprisonment for fifteen years, a concurrent term of three years, and a consecutive term of six months, respectively.

No jurisprudential purpose would be served by a written opinion. Defendant's convictions are affirmed. Rule 30.25(b).

Ausey E. McCOMB, Claimant–Appellant,

v.

GENERAL MOTORS CORPORATION,
Employer–Respondent,

and

Treasurer of the State of Missouri as
Custodian of the Second Injury
Fund, Respondent.

No. 66422.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 28, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 26, 1995.

Application to Transfer Denied
May 30, 1995.

Ausey E. McComb pro se.

Daniel J. Harlan, St. Louis, for employer/respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cynthia A. Quetsch, Asst. Atty. Gen., Jefferson City, for Second Injury Fund.

Before CRANE, P.J., and CRANDALL and WHITE, JJ.

*ORDER*

Claimant, Ausey E. McComb, appeals from a workers' compensation award issued by the Labor and Industrial Relations Commission.

The order of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. No error of law appears. A written opinion would have no precedential value. The order of the Labor and Industrial Relations Commission is affirmed. Rule 84.16(b).